UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOOKER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. LYNCH,<br><br>　　　　　Respondent. | Case No. 2:20-cv-01894-TLN-JDP (HC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　　Petitioner, a state prisoner without counsel, filed a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On October 6, 2020, the court dismissed that petition because it appeared to contain only unexhausted claims that are potentially time-barred. ECF No. 8 at 2. Petitioner was granted thirty days to file an amended petition that addressed both issues. Rather than filing an amended petitioner, petitioner filed a motion to stay this case. ECF No. 9. The court denied that motion January 6, 2021. ECF Nos. 11, 13. Although more than thirty days have passed, petitioner has still not filed an amended petition.

　　　　To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for petitioner's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856

1

F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Petitioner will be given a chance to explain why the court should not dismiss the case for his failure to timely file an amended petition. Petitioner's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, petitioner is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to state a claim for the reasons set forth in the October 6, 2020 order. Should petitioner wish to continue with this lawsuit, he shall also file, within twenty-one days, an amended petition.

IT IS SO ORDERED.

Dated:   February 25, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2