UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOOKER, | Case No. 2:20-cv-01894-TLN-JDP (HC) |
| Petitioner, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM |
| v. | |
| J. LYNCH, | |
| Respondent. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

Petitioner, a state prisoner without counsel, filed a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On October 6, 2020, I dismissed that petition because it appeared to contain only unexhausted claims that are potentially time-barred. ECF No. 8 at 2. Petitioner was granted thirty days to file an amended petition that addressed both issues. Rather than filing an amended petitioner, he filed a motion to stay the case. ECF No. 9. On January 6, 2021, the court denied petitioner's motion for a stay. ECF No. 13.

On February 25, 2021, petitioner, having still not filed an amended petition, was ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to state a viable claim. ECF No. 14. In response, petitioner filed a motion for appointment of counsel and for an extension of time to respond to the February 26, 2021 order to show cause. ECF No. 15. I denied petitioner's motion for appointment of counsel but granted him until June 7, 2021 to respond to the February 26 order. I also ordered him to file an amended

1

petition by no later than June 7, 2021. *Id*. Petitioner was also warned that failure to comply with my order would result in a recommendation that this action be dismissed. *Id*.

The deadline has passed, and petitioner has not filed an amended petition nor otherwise responded to the April 6, 2021 order. Accordingly, it is hereby RECOMMENDED that:

1.  this action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a viable claim for the reasons set forth in the court's October 6, 2020 order, *see* ECF No. 8; and

2.  the Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   July 25, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2