UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOOKER,<br><br>             Petitioner,<br><br>        v.<br><br>J. LYNCH,<br><br>             Respondent. | No. 2:20-cv-01894-TLN-JDP<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2021, are ADOPTED IN FULL;

2. This action is DISMISSED for failure to prosecute, failure to comply with court orders,

and failure to state a viable claim for the reasons set forth in the court's October 6, 2020 order;

    3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

    4. The Clerk of Court be directed to close the case.

Dated:  August 30, 2021

                                                Troy L. Nunley
                                                United States District Judge